Closed

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 16-07861-JFW (PLAx) |
|---|---|
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| $600,000 SEIZED FROM BANK OF AMERICA ACCOUNT '4929, $600,000 SEIZED FROM BANK OF AMERICA ACCOUNT '1235, $42,679.74 SEIZED FROM WELLS FARGO BANK ACCOUNT '7283, AND $905,966.73 SEIZED FROM BANK OF AMERICA ACCOUNT '0475, | |
| Defendants | |
| ALI POURMOLA, NAGHME SAEDI, COMPLETE INFUSION CARE, CIC, INC., and RONNA PASCAL, | |
| Claimants. | |

Plaintiff United States of America ("Plaintiff" or the "government") and claimants Ali Pourmola, Naghme Saedi, Complete Infusion Care, CIC, INC., and Ronna Pascal, ("Claimants"), by their undersigned counsel, have made a stipulated request for the entry of this Consent Judgment, which resolves this action in its entirety.

The Court, having considered the stipulation and request of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.  On October 21, 2016, the government filed a Complaint for Forfeiture related to $600,000 seized from Bank of America Account '4929, $600,000 seized from Bank of America Account '1235, $42,679.74 seized from Wells Fargo Bank Account '7283, and $905,966.73 seized from Bank of America Account '0475 (collectively, the "defendant funds").  This Court has jurisdiction over Plaintiff, Claimants, the defendant funds, and the subject matter of this action.

2.  The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  All individuals and entities that have not filed a claim to defendant funds as of the date of entry of this consent judgment are deemed to have admitted the allegations of the Complaint.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimants, or any of them, nor should this consent judgment be admitted in any criminal proceeding against Claimants, or any of them, to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant funds or the commencement of this action.  The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3.  $1,611,484.00 of the defendant funds, without interest (the "Settlement Funds"), shall be returned to Claimants through their counsel.  The United States Marshals Service shall release the Settlement Funds by wire transfer to the Isaacs | Friedberg LLP Client Trust Account.  Upon the government's request, Claimants' counsel shall provide all information and complete all documents requested by the United States to facilitate such payment, including

bank account and routing information and personal identifiers needed to determine any right to offset pursuant to 31 U.S.C. § 3716.

4. The United States Marshals Service shall make the payment as soon as practicable after entry of this judgment, but in any event, no later than the later of 60 days after entry of this judgment or the provision of the information that may be requested by the government as described in paragraph 3, above.

5. The government shall have judgment as to remainder of the defendant funds, together with all interest earned by the government on the entire amount of the defendant funds since seizure, and no other person or entity shall have any right, title or interest therein. The government shall dispose of said funds in accordance with law.

6. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear its own fees and costs in connection with the seizure of the defendant funds and this action.

**IT IS SO ORDERED.**

DATED: August 7, 2020            _____
                                 UNITED STATES DISTRICT JUDGE

PRESENTED BY:

____/s/_____
JOHN J. KUCERA
KATHARINE SCHONBACHLER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3